UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

United States of America,

—v—

Eric Cruz,

              Defendant.



19-CR-718 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A status conference in the above-captioned matter is scheduled for December 20, 2019 at 11 a.m. The Government is hereby ordered to submit a letter by December 13, 2019, proposing an agenda for the conference.

SO ORDERED.

Dated: December 9, 2019
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge