

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2020

**BY ECF**

The Hon. Alison Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Eric Cruz*, 19 Cr. 718 (AJN)

JAN 2 1 2020

Dear Judge Nathan:

    The government writes to provide a status update and to seek an adjournment in the above-captioned violation of supervised release proceeding scheduled for January 22, 2020 at 12:45 pm.

    As noted in the government's prior letter of January 15, a criminal matter pending before Judge Hellerstein involves conduct overlapping with the specifications before the Court. *See United States v. Cruz*, 19 Cr. 775 (AKH). A conference had been scheduled in that matter for January 17, 2020, and the government had understood that the defendant would enter a guilty plea. Since the government sent its January 15 letter, Judge Hellerstein referred the guilty plea to magistrate court, and the guilty plea will now be taken on Friday, January 24, at 10:30 am.

    The government proposes that the conference scheduled in this case for tomorrow be adjourned until after the defendant's guilty plea in the overlapping criminal case, at which point the parties will discuss the implications of that plea on the VOSR matter currently pending before the Court. The defendant consents to the adjournment.

> The status conference scheduled for January 22, 2020 is hereby adjourned to January 30, 2020 at 11:00 a.m.
> SO ORDERED.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED: 1/21/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

by: /s/ Kevin Mead
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

Cc: Amy Gallichio, Esq. (by CM/ECF)