ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2020

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

Date: 2/19/2020

US v. Eric Cruz - 19 Cr. 718 (AKH)

The status conference previously set for 2/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for a VOSR hearing.

Date: February 27, 2020

Time: 11:00 am

Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signed]* Alvin K. Hellerstein
2-19-2020